# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0164
L.T. Case No. 05-2014-CF-25639-A

_____

THEOTIS T. CAMPBELL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 Appeal from the Circuit Court for Brevard County.
Charles Grooms Crawford, Judge.

Theotis T. Campbell, Madison, pro se.

James Uthmeier, Attorney General, Tallahassee, and Stephen Randolph Putnam, Jr., Assistant Attorney General, Daytona Beach, for Appellee.

November 13, 2025

PER CURIAM.

AFFIRMED.

WALLIS, EDWARDS, and MacIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____